Order entered January 14, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00043-CV

## IN RE JOHN MICHAEL DAISY, Relator

**On Original Proceeding from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. W09-54947-Y(A)**

## ORDER
Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the cost of this mandamus proceeding.


/s/      ROBERT F. FILLMORE
JUSTICE